[No. 36381-6-I.    Division One.    October 7, 1996.]

GUS OLIVO, *Appellant*, v. MUNICIPALITY OF
METROPOLITAN SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-14458-8, R. Joseph Wesley, J., entered
March 8, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36434-1-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL
BORJAS-ARIAS, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-1-00448-7, Michael F. Moynihan, J.,
entered March 16, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 36699-8-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD
LEE LABENSKY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-01443-9, Marsha J. Pechman, J., entered
May 26, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 36808-7-I.    Division One.    October 7, 1996.]

*In the Matter of the Marriage of* RICHARD P.
BILLINGHAM, *Appellant*, and LINDA B. BILLINGHAM,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 85-3-01216-3, Jim Bates, J., entered May 10,
1995. *Reversed* by unpublished opinion per Becker, J.,
concurred in by Kennedy, A.C.J., and Grosse, J.